## W. P. Van Ness v. George Gardiner.

THE last proclamation of a fine had been omitted ; it ought regularly to have been made last term ; the application now was, to have it made *nunc pro tunc*, and indorsed as of the last term.

*Per Curiam.*   We see no objection to it at present.

Rule accordingly.